**Jeffrey P. DISHART, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2009–3174.

United States Court of Appeals, Federal Circuit.

Dec. 23, 2009.

Nicholas Woodfield, The Employment Law Group, P.C., of Washington, DC, argued for petitioner. With him on the brief was R. Scott Oswald.

Meredyth Cohen Havasy, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes,

Deputy Director, and Sameer P. Yerawadekar, Trial Attorney. Of counsel on the brief was Michael N. Spargo, Associate Legal Advisor, Immigration and Customs Enforcement, United States Department of Homeland Security, of Williston, Vermont.

NEWMAN, BRYSON, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.